NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                                    Criminal Number   1:23-mj-00054-GMH

**ARTHUR REYHER**
            (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☐ RETAINED          ☒ FEDERAL PUBLIC DEFENDER

*s/ Jamie McGrady*
(Signature)


PLEASE PRINT THE FOLLOWING INFORMATION:

Jamie McGrady, AK Bar No. 0405022
*(Attorney & Bar ID Number)*

Federal Public Defender - District of Alaska
*(Firm Name)*

188 W. Northern Lights Blvd., Ste. 700
*(Street Address)*

Anchorage          Alaska          99503
*(City)*              *(State)*         *(Zip)*

907-646-3400
*(Telephone Number)*